UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS M. SHORTRIDGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOUNDATION CONSTRUCTION PAYROLL SERVICE, LLC (dba PAYROLL4CONSTRUCTION.COM); FOUNDATION SOFTWARE, INC.; and ASSOCIATED BUILDERS AND CONTRACTORS, Inc.,<br><br>　　　　Defendants. | Case No.  5:14-cv-04850 HRL<br><br>**REFERRAL ORDER FOR RELATED CASE DETERMINATION** |

　　　Pursuant to Civil Local Rule 3-12(c), the undersigned refers this case to Judge Joseph C. Spero for a determination whether the case is related to *Shortridge v. Automatic Data Processing, Inc.*, Case No. 3:14-cv-04413 JCS.

　　　**SO ORDERED**.

Dated:  November 10, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-004850-HRL Notice sent by U.S. Mail to:

Douglas M. Shortridge
3481 Valle Verde Drive
Napa, CA 94558

3:14-cv-04413-JCS Notice has been electronically mailed to:

Douglas Maurice Shortridge      dougs@callcp.com, lcp1771@sbcglobal.net

2