Daniel J. McMullen [*pro hac vice* to be filed]
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH  44114
Tel.:  216-622-8656
Fax:  216-241-0816
Email:  dmcmullen@calfee.com

Nathaniel Bruno (Cal. Bar No. 228118)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Tel.:  415-774-2984
Fax:  415-403-6095
Email:  nbruno@sheppardmullin.com

*Counsel for Defendants*
*Foundation Construction Payroll Service, LLC*
*(dba: Payroll4Construction.com) and*
*Foundation Software, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Douglas M. Shortridge, | ) | Civil Action No. 3:14-cv-04850-JCS |
| | ) | |
| Plaintiff, | ) | Hon. Joseph C. Spero |
| | ) | United States Magistrate Judge |
| v. | ) | |
| | ) | **STIPULATION TO EXTEND TIME TO** |
| Foundation Construction Payroll Service, | ) | **RESPOND TO COMPLAINT** |
| LLC (dba: Payroll4Construction.com) et al., | ) | |
| | ) | **[CIVIL L.R. 6-1(a)]** |
| Defendants. | ) | |
| | ) | |

This Stipulation is entered into by and among Plaintiff, Douglas M. Shortridge

("Plaintiff"), and, through counsel, Defendants, Foundation Construction Payroll Service, LLC

and Foundation Software, Inc. ("Defendants").

WHEREAS, Plaintiff filed a complaint in the above-entitled action in the United States District Court, Northern District of California, on October 31, 2014 (the "Complaint");

WHEREAS, Plaintiff served the Complaint on Defendants on November 10, 2014;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the time for Defendants to respond to the Complaint is December 1, 2014;

WHEREAS, under Civil Local Rule 6-1(a), parties may stipulate in writing, without a court order, to extend the time within which to answer or otherwise respond to a complaint; and

WHEREAS, extending the date for Defendants to respond to the Complaint as set forth below will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree that Defendants' time to respond (*i.e.*, answer, move, or otherwise respond) to the Complaint is extended to and including December 5, 2014.

IT IS SO STIPULATED.

Dated: 12/2/14



Dated:  November 26, 2014                              PRO SE

                By: */s/ Douglas M. Shortridge*
                   Douglas M. Shortridge
                   3481 Valle Verde Dr.
                   Napa, CA  94558
                   Tel.:  707-364-2260
                   Email:  dougs@callcp.com

                   *Plaintiff*

Dated:  November 26, 2014                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By: */s/ Nathaniel Bruno*
                   Daniel J. McMullen [*pro hac vice* to be filed]
                   CALFEE, HALTER & GRISWOLD LLP
                   The Calfee Building
                   1405 East Sixth Street
                   Cleveland, OH  44114
                   Tel.:  216-622-8656
                   Fax:  216-241-0816
                   Email:  dmcmullen@calfee.com

                   Nathaniel Bruno (Cal. Bar No. 228118)
                   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                   Four Embarcadero Center, 17th Floor
                   San Francisco, CA  94111
                   Tel.:  415-774-2984
                   Fax:  415-403-6095
                   Email:  nbruno@sheppardmullin.com

                   *Counsel for Defendants*
                   *Foundation Construction Payroll Service, LLC (dba: Payroll4Construction.com) and Foundation Software, Inc.*

## E-FILING ATTESTATION

By his signature above and below, and pursuant to Civil L.R. 5-1(i), counsel for Defendants Foundation Construction Payroll Service, LLC (dba: Payroll4Construction.com) and Foundation Software, Inc. attests that Plaintiff Douglas M. Shortridge whose electronic signature appears above has concurred in the filing of this document.

Dated:  November 26, 2014                    By: */s/ Nathaniel Bruno*_____
                                                           Nathaniel Bruno