**CALFEE**

**Calfee, Halter & Griswold LLP**
*Attorneys at Law*

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
216.622.8200 **Phone**
216.241.0816 **Fax**
*www.calfee.com*

dmcmullen@calfee.com
216.622.8656 **Direct**

January 9, 2015

Honorable Joseph C. Spero, Magistrate Judge
United States District Court, Northern District of California
San Francisco Courthouse, Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    **Request to Participate by Telephone in Case Management Conference for *Shortridge v. Foundation Construction Payroll Service, LLC, et al.*, Civil Action No.:  3:14-cv-04850-JCS**

Dear Magistrate Judge Spero:

Pursuant to Civil Local Rule 16-10(a), please allow this letter to serve as my request to be permitted to participate by telephone in the Case Management Conference scheduled for January 16, 2015 at 2:00 p.m. (PT) in the above-captioned case.

I will be appearing on behalf of the Defendants, Foundation Construction Payroll Service, LLC, Foundation Software, Inc. and Associated Builders and Contractors, Inc.  Since I will be travelling on the date of the Conference (and consistent with what I understand to be the Court's procedure for requests to appear by telephone), I would respectfully request that the Court call the following conference call-in line: 866-503-4605.  (I have provided to chambers separately the requisite participant access code for the conference line.)  I will have called same from a land-line and be on standby on the conference line at the appointed time.

Additionally, Defendants' local counsel, Nathaniel Bruno of Sheppard Mullin Richter & Hampton LLP, will appear in person at the Conference.

If there are any questions, please advise the undersigned.  Thank you.

Respectfully submitted,                     Dated: 1/12/15

/s/ Daniel J. McMullen
Daniel J. McMullen



IT IS SO ORDERED

Judge Joseph C. Spero

cc:    Douglas Shortridge
        Nathaniel Bruno

Member
**LexMundi**
{02584605.DOCX;2}
Lex Mundi is the world's leading network of independent law firms with in-depth experience in 100+ countries worldwide.

*Cleveland  |  Columbus  |  Cincinnati*