UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MAURICE SHORTRIDGE,<br><br>    Plaintiff,<br><br>    v.<br><br>FOUNDATION CONSTRUCTION PAYROLL SERVICE, LLC, et al.,<br><br>    Defendants. | Case No. 14-cv-04850-JCS<br><br>**AMENDED[1] ORDER GRANTING IN PART MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 42 |

Good cause showing, the Court GRANTS Defendants' motion to shorten the briefing and hearing schedule (dkt. 42) on Defendants' motion for a stay of action (dkt. 41), except that the briefing schedule is set as follows: Plaintiff's opposition shall be filed no later than **10:00 am PST on February 9, 2015**; Defendants' reply shall be filed no later than **10:00 am PST on February 12, 2015**; and a hearing, if necessary, will occur at **2:00 pm PST on February 13, 2015**. If the Court determines that a hearing is necessary on the motion to stay, counsel for both parties are encouraged to appear by telephone. The procedure to arrange for telephonic appearance is set forth on the Court's public calendar.

**IT IS SO ORDERED.**

Dated: February 4, 2015

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] This Amended Order corrects and supersedes the Order (dkt. 45) filed on February 3, 2015. The hearing scheduled for February 13, 2015 is for the motion to stay, not the motion to shorten time. The Court finds the motion to shorten time suitable for resolution without oral argument. *See* Civ. L.R. 7-1(b).