UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS MAURICE SHORTRIDGE,

Plaintiff,

v.

FOUNDATION CONSTRUCTION PAYROLL SERVICE, LLC, et al.,

Defendants.

Case No. 14-cv-04850-JCS

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION BRIEF**

Re: Dkt. No. 47

Defendants have moved for judgment on the pleadings on the basis that the patent at issue in this case is ineligible for protection under 35 U.S.C. § 101.  Dkt. 41.  Plaintiff, proceeding pro se, now moves for additional time to file his opposition brief, citing difficulties that he faces as a non-lawyer conducting legal research, responding to multiple concurrent motions, and navigating the settlement process.  *See generally* Mot. (dkt. 47).  Plaintiff requests an additional twenty-one days beyond the current filing deadline of February 11, 2015.  *Id.*  Defendants state that they "do not oppose a reasonable extension of time," but that Plaintiff's request for twenty-one days "seems excessive."  Opp'n (dkt. 51) at 2.

The Court hereby GRANTS IN PART Plaintiff's request for an extension of the briefing schedule.  Plaintiff's opposition to Defendants' motion for judgment on the pleadings shall be filed no later than February 25, 2015.  Defendants' reply shall be filed no later than March 4, 2015.  The hearing will take place at 9:30 a.m. on March 27, 2015 in Courtroom G of the San Francisco courthouse at 450 Golden Gate Avenue.

**IT IS SO ORDERED.**

Dated: February 10, 2015

JOSEPH C. SPERO
Chief Magistrate Judge