

Calfee, Halter & Griswold LLP
*Attorneys at Law*

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
216.622.8200 **Phone**
216.241.0816 **Fax**
*www.calfee.com*

dmcmullen@calfee.com
216.622.8656 **Direct**

February 6, 2015

Honorable Joseph C. Spero, Magistrate Judge
United States District Court, Northern District of California
San Francisco Courthouse, Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:   Request to Participate by Telephone in Hearing on Motion for Stay in *Shortridge v. Foundation Construction Payroll Service, LLC, et al.*, Civil Action No.:  3:14-cv-04850-JCS**

Dear Magistrate Judge Spero:

Pursuant to Civil Local Rule 16-10(a), please allow this letter to serve as my request to be permitted to participate by telephone in the hearing (if the Court determines one is necessary) on Defendants' Motion for Stay in the above-captioned case.  Pursuant to the Court's Amended Order of February 4, 2015 (Dkt. No. 46), we understand that a hearing on the Motion for Stay, at which the Court encouraged counsel to appear by telephone, will occur (if necessary) on February 13, 2015 at 2:00 p.m. (PST).

I will be appearing on behalf of the Defendants, Foundation Construction Payroll Service, LLC, Foundation Software, Inc. and Associated Builders and Contractors, Inc.  At the designated time, I would respectfully request that the Court call the following number: **216-622-8875**.

If there are any questions, please advise the undersigned.  Thank you.

Respectfully submitted,

/s/ Daniel J. McMullen
Daniel J. McMullen

IT IS HEREBY ORDERED that Mr. McMullen shall be on phone standby beginning at 2:00 PM and await the Court's call.
Dated: 2/10/15



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

cc:   Douglas Shortridge
      Nathaniel Bruno


Member Lex Mundi — Lex Mundi is the world's leading network of independent law firms with in-depth experience in 100+ countries worldwide.

{02908284.DOCX/6 }

*Cleveland  |  Columbus  |  Cincinnati*