United States District Court
Northern District of California

1
2
3
4       UNITED STATES DISTRICT COURT
5       NORTHERN DISTRICT OF CALIFORNIA
6
7   DOUGLAS MAURICE SHORTRIDGE,             Case No. 14-cv-04850-JCS
        Plaintiff,
8
9       v.                                  **ORDER REGARDING REQUEST FOR TRANSCRIPT**
10  FOUNDATION CONSTRUCTION                 Re: Dkt. No. 91
    PAYROLL SERVICE, LLC, et al.,
11      Defendants.

12   On November 13, 2015 Plaintiff Douglas Shortridge filed a letter to the Court discussing his need for a transcript of a case management conference in order to complete the record for his appeal to the Federal Circuit. *See* dkt. 91. It appears that Shortridge has not filed a CAND-435 Transcript Order Form. Once Shortridge files that form and pays any applicable fee, a court reporter will prepare a transcript. The form, and instructions for completing it, are available at http://www.cand.uscourts.gov/transcripts#ORDERING. Section V of that webpage also discusses transcript requirements for an appeal.

If Shortridge has further questions regarding the process for obtaining transcripts, he should contact the court reporter supervisor directly. Contact information is available at http://www.cand.uscourts.gov/courtreportercontact. Filing a letter in the record is not an effective way to contact the court reporter supervisor.

**IT IS SO ORDERED.**

Dated: November 18, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge